**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph D. Waters                       CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-10031 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2023-NR1 Mortgage-Backed Notes, Series 2023-NR1 and index same on the master mailing list.

                                              Respectfully submitted,

                                /s/ **Mark A. Cronin**
                                Mark Cronin
                                20 Oct 2023, 15:52:43, EDT

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322

Document ID: fa5f148d7c8b6a12a1dcfe5ed11a1cff25ef4b66250c9febfd1d90b5634d370d