Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-10031-AMC**

Joseph D Waters  
135 Covington Road  
Philadelphia     19120

Petition Filed Date: 01/06/2023  
341 Hearing Date: 03/03/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $500.00 | 28688624245 | 09/20/2023 | $500.00 | 28589159340 | 10/11/2023 | $500.00 | 28589159643 |
| 11/22/2023 | $648.00 | 28939640005 | 12/13/2023 | $500.00 | 28939642154 | 01/09/2024 | $648.00 | 29107181981 |
| 02/08/2024 | $1,000.00 | 28939642953 | 02/08/2024 | $148.00 | 28939642964 | 03/06/2024 | $148.00 | 2918400633 |
| 03/06/2024 | $1,000.00 | 29184006622 | 04/10/2024 | $1,000.00 | 28939640725 | 04/10/2024 | $148.00 | 28939640714 |
| 06/07/2024 | $574.00 | 28939647690 | 06/07/2024 | $574.00 | 29211714448 | | | |

**Total Receipts for the Period:  $7,888.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,036.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHAEL D SAYLES ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PINNACLE CREDIT SERVICES LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $1,474.80 | $0.00 | $0.00 |
| 5 | TD BANK USA NA »» 005 | Unsecured Creditors | $2,951.19 | $0.00 | $0.00 |
| 6 | DISCOVER BANK »» 006 | Unsecured Creditors | $12,952.59 | $0.00 | $0.00 |
| 7 | PHILADELPHIA FEDERAL CREDIT UNION »» 007 | Unsecured Creditors | $14,983.52 | $0.00 | $0.00 |
| 8 | PNC BANK »» 008 | Unsecured Creditors | $1,447.73 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC »» 009 | Unsecured Creditors | $1,046.57 | $0.00 | $0.00 |
| 10 | RUSHMORE SERVICING »» 010 | Secured Creditors | $25,650.46 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $535.71 | $0.00 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $281.32 | $0.00 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS) »» 13P | Priority Crediors | $28.28 | $0.00 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS) »» 13U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 15 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $91.85 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,036.00 | Current Monthly Payment: | $1,256.00 |
| Paid to Claims: | $0.00 | Arrearages: | $216.00 |
| Paid to Trustee: | $1,153.60 | Total Plan Base: | $63,748.00 |
| Funds on Hand: | $10,882.40 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.