# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Joseph D. Waters | : | Case No.: 23-10031 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Ashely M. Chan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **REO 2023-NR1 LLC** ("Creditor"). Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Alyk L. Oflazian | /s/ Stephen R. Franks |
| Alyk L. Oflazian (312912) | Stephen R. Franks (333394) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| ALOflazian@mdklegal.com | srfranks@mdklegal.com |

23-001085_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 23-10031** |
| **Joseph D. Waters** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **REO 2023-NR1 LLC** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Joseph D. Waters** | : |
| **Joseph D. Waters** | : |
| **Joseph D. Waters** | : |
| **Joseph D. Waters** | : |
| **Joseph D. Waters** | : |
| **Joseph D. Waters** | : |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

MICHAEL D. SAYLES, Attorney for Joseph D. Waters and Joseph D. Waters and Joseph D. Waters and Joseph D. Waters and Joseph D. Waters and Joseph D. Waters, midusa1@comcast.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Joseph D. Waters, 7547 Gilbert Street, Philadelphia, PA  19150

23-001085_PS

Joseph D. Waters, Joseph D. Waters, Joseph D. Waters, Joseph D. Waters, and Joseph D. Waters, MAILING ADDRESS, 135 Covington Road, Philadelphia, PA  19120

/s/ Stephen R. Franks

23-001085_PS