**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Joseph D. Waters<br>      Debtor<br><br>Pennsylvania State Employees Credit Union<br>      Movant | CASE NO. 23-10031-amc<br>CHAPTER 13<br><br>Related to Doc No: 80,81 |

**ORDER**

AND NOW, to-wit, this \_\_\_13th\_\_\_ day of \_\_\_Jan.\_\_\_ 20_25_, upon consideration of the foregoing stipulation, said stipulation is hereby approved and SO ORDERED.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Cameron Deane
Weltman, Weinberg & Reis, Co., L.P.A.
520 Walnut Street, Suite 1355
267-940-1643
cdeane@weltman.com