IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Joseph Waters** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **23-10031\amc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certifies that the Chapter 13 Standing Trustee or any other party of interest has filed a responsive pleading to Debtor's Motion to Modify Plan Post Confirmation.

                                              Respectfully Submitted,

Dated: **May 7, 2025**                 \s\ **Michael D. Sayles**
                                              Michael D. Sayles
                                              Attorney for Debtor
                                              427 W. Cheltenham Avenue
                                              Suite #2
                                              Elkins Park, PA 19027
                                              215.635.2270
                                              midusa1@comcast.net