UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Joseph Waters** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **23-10031\AMC** |

# ORDER OF COURT

**AND NOW**, this \_\_\_8th\_\_\_ day of \_\_\_May\_\_\_ 2025, **after notice and hearing,** and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED** that the Motion is granted.

By the Court:

_____
U.S. Bankruptcy Court Judge