United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10031-amc |
| Joseph D. Waters | Chapter 13 |
| Joseph D. Waters | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 18, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14861572 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 19 2025 01:55:00 | U.S. Bank Trust Company, N.A., et. al, C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

**Name**            **Email Address**

CAMERON DEANE
       on behalf of Creditor Pennsylvania State Employees Credit Union cdeane@weltman.com  tkennedy@ymalaw.com

DENISE ELIZABETH CARLON
       on behalf of Creditor U.S. Bank Trust Company  National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2023-NR1 Mortgage-Backed Notes, Series 2023-NR1 bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
       on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely in its capacity as owner trustee for CIM Trust 2025-NR1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL D. SAYLES
       on behalf of Debtor Joseph D. Waters midusa1@comcast.net  midusa1@outlook.com

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jun 18, 2025     Form ID: trc     Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Stephen Franks
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

Case 23-10031-amc  Doc 105  Filed 06/20/25  Entered 06/21/25 00:39:45  Desc
Imaged Certificate of Notice  Page 3 of 3

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 23-10031-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph D. Waters
7547 Gilbert Street
Philadelphia PA 19150

Joseph D. Waters
MAILING ADDRESS:
135 Covington Road
Philadelphia PA 19120

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/18/2025.

Name and Address of Alleged Transferor(s):

Claim No. 10: U.S. Bank Trust Company, N.A., et. al, C/O Rushmore Servicing, PO BOX 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB, et al.
C/O Rushmore Servicing
PO BOX 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/20/25

Tim McGrath
**CLERK OF THE COURT**