| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-10031-AMC**

Joseph D Waters  
135 Covington Road  
Philadelphia    19120

Petition Filed Date: 01/06/2023  
341 Hearing Date: 03/03/2023  
Confirmation Date: 09/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2024 | $148.00 | 29494603001 | 08/07/2024 | $1,000.00 | 29494602990 | 09/24/2024 | $700.00 | 29405354995 |
| 10/08/2024 | $448.00 | 29494615612 | 11/22/2024 | $400.00 | 29548869456 | 12/09/2024 | $748.00 | 29298988552 |
| 01/16/2025 | $748.00 | 29648361791 | 03/07/2025 | $300.00 | 29718852603 | 03/07/2025 | $400.00 | 29298990576 |
| 03/07/2025 | $779.00 | 29674097561 | 04/16/2025 | $479.00 | 29718870412 | 04/16/2025 | $1,000.00 | 29718870401 |
| 05/21/2025 | $479.00 | 29697925612 | 05/21/2025 | $1,000.00 | 29697925601 | 07/15/2025 | $779.00 | 38031494714 |

**Total Receipts for the Period: $9,408.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,996.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $5,500.00 | $0.00 | $5,500.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PINNACLE CREDIT SERVICES LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $1,474.80 | $0.00 | $1,474.80 |
| 5 | TD BANK USA NA »» 005 | Unsecured Creditors | $2,951.19 | $0.00 | $2,951.19 |
| 6 | DISCOVER BANK »» 006 | Unsecured Creditors | $12,952.59 | $0.00 | $12,952.59 |
| 7 | PHILADELPHIA FEDERAL CREDIT UNION »» 007 | Unsecured Creditors | $14,983.52 | $0.00 | $14,983.52 |
| 8 | PNC BANK »» 008 | Unsecured Creditors | $1,447.73 | $0.00 | $1,447.73 |
| 9 | QUANTUM3 GROUP LLC »» 009 | Unsecured Creditors | $1,046.57 | $0.00 | $1,046.57 |
| 10 | RUSHMORE SERVICING »» 010 | Secured Creditors | $29,143.55 | $12,153.60 | $16,989.95 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $535.71 | $0.00 | $535.71 |
| 12 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS) »» 13P | Priority Crediors | $28.28 | $28.28 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS) »» 13U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | PSECU<br>»» 015 | Secured Creditors | $1,575.39 | $302.43 | $1,272.96 |
| 17 | US BANK NATIONAL NA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CAINE & WEINER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | DISCOVER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | JEFFERSON CAPITAL SYSTEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CHASE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | PNC BANK CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $1,200.00 | $0.00 | $1,200.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,996.00 | Current Monthly Payment: | $1,479.00 |
| Paid to Claims: | $12,484.31 | Arrearages: | $2,958.00 |
| Paid to Trustee: | $1,811.69 | Total Plan Base: | $66,845.00 |
| Funds on Hand: | $6,700.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.