IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **Joseph Waters** | : | CHAPTER: 13 |
| | : | |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **23-10031\amc** |

## CERTIFICATE OF NO OPPOSITION

I, Michael D. Sayles, hereby certify that there was no opposition filed by parties listed on Certificate of Service to Counsel's Application for Compensation.

Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtors
427 W. Cheltenham Avenue
Suite #2
Elkins Park, PA  19027
215.635.2270
midusa1@comcast.net

Dated: **September 17, 2025**