UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Joseph Waters**           )      Chapter 13
                                    )
                                    )
Debtor                              )
                                    )      Bankruptcy No.: **23-10031\amc**

ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection,

counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $6,000.00 |
| Amounts already paid by Debtor: | $500.00 |
| Net amount to be paid by Trustee: | **$5,500.00** |

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated:  9/23/25

_____
Bankruptcy Court Judge