IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Joseph Waters** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **23-10031\amc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certifies that the Chapter 13 Standing Trustee or any other party of interest has filed a responsive pleading to Debtor's Motion to Modify Plan Post Confirmation.

Respectfully Submitted,

Dated: **November 18, 2025**

\s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
PO Box 11222
Elkins Park, PA 19027
215.635.2270
midusa1@comcast.net