United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10031-amc |
| Joseph D. Waters | Chapter 13 |
| Joseph D. Waters | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+++          Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Joseph D. Waters, MAILING ADDRESS:, 135 Covington Road, Philadelphia, PA 19120-1003 |
| db | +++ | Joseph D. Waters, 7547 Gilbert Street, Philadelphia, PA 19150-2603 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor U.S. Bank Trust Company  National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2023-NR1 Mortgage-Backed Notes, Series 2023-NR1 amps@manleydeas.com |
| ANN E. SWARTZ | |
| | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| CAMERON DEANE | |
| | on behalf of Creditor Pennsylvania State Employees Credit Union cdeane@weltman.com  tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor U.S. Bank Trust Company  National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2023-NR1 Mortgage-Backed Notes, Series 2023-NR1 bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | |

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: Nov 20, 2025 | Form ID: pdf900 | Total Noticed: 2

    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely in its capacity as owner trustee for CIM Trust 2025-NR1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL D. SAYLES
    on behalf of Debtor Joseph D. Waters midusa1@comcast.net  midusa1@outlook.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Joseph Waters** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **23-10031\AMC** |

# ORDER OF COURT

**AND NOW**, this  20th  day of  November  2025, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED** that the Motion is granted.

By the Court:

_____
U.S. Bankruptcy Court Judge