IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Joseph Waters**                          :
                                                  :
                                                  :          CHAPTER 13
                                                  :
                                                  :
        DEBTOR                                    :          Bankruptcy No:  **23-10031\AMC**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed

on the Certificate of Service to Counsel's Supplemental Application for Compensation.

**February 16, 2026**                                    Respectfully Submitted,

                                                          **\s\ Michael D. Sayles**
                                                          Michael D. Sayles
                                                          Attorney for Debtor
                                                          PO Box 11222
                                                          Elkins Park, PA  19027
                                                          215.635.2270
                                                          midusa1@comcast.net