United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-10031-amc

Joseph D. Waters                                                                Chapter 13

Joseph D. Waters

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                              Page 1 of 2

Date Rcvd: Feb 18, 2026                    Form ID: pdf900                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+++           Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +++ Joseph D. Waters, MAILING ADDRESS:, 135 Covington Road, Philadelphia, PA 19120-1003 |
| db | +++ Joseph D. Waters, 7547 Gilbert Street, Philadelphia, PA 19150-2603 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor U.S. Bank Trust Company  National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2023-NR1 Mortgage-Backed Notes, Series 2023-NR1 amps@manleydeas.com |
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| CAMERON DEANE | on behalf of Creditor Pennsylvania State Employees Credit Union cdeane@weltman.com  tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust Company  National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2023-NR1 Mortgage-Backed Notes, Series 2023-NR1 bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | |

District/off: 0313-2                    User: admin                                Page 2 of 2

Date Rcvd: Feb 18, 2026                 Form ID: pdf900                             Total Noticed: 2

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely in its capacity as owner trustee for CIM Trust 2025-NR1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL D. SAYLES

on behalf of Debtor Joseph D. Waters midusa1@comcast.net  midusa1@outlook.com

SCOTT F. WATERMAN [Chapter 13]
                ECFMail@ReadingCh13.com

United States Trustee

                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **Joseph Waters** | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | Bankruptcy. No. **23-10031\amc** |

### **ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing Supplemental Application for Compensation

for services performed after confirmation of chapter 13 plan, and upon notice, opportunity for

hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee award:                  $500.00
Amounts already paid by Debtor:      $-0-

Total amount of award:      **$500.00**

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from

available funds in the Debtor's estate.

By the Court:

Dated:    Feb. 18, 2026

_____
Bankruptcy Judge