Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Joseph D Waters
135 Covington Road
Philadelphia 19120

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-10031-AMC**

Petition Filed Date: 01/06/2023
341 Hearing Date: 03/03/2023
Confirmation Date: 09/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/13/2025 | $700.00 | 38061591480 | 09/23/2025 | $385.00 | 38031497144 | 10/16/2025 | $1,000.00 | 38031499034 |
| 11/12/2025 | $1,000.00 | 38149570620 | 11/12/2025 | $500.00 | 38149570631 | 12/16/2025 | $500.00 | 55097303731 |
| 12/16/2025 | $1,000.00 | 55097303724 | 02/18/2026 | $1,000.00 | 55108502205 | 02/18/2026 | $500.00 | 55108502212 |
| 03/23/2026 | $1,000.00 | 55163299517 | 03/23/2026 | $1,000.00 | 55163299524 | 03/23/2026 | $500.00 | 55163299531 |
| 03/23/2026 | $500.00 | 55163298271 | 04/27/2026 | $500.00 | 55163300409 | 04/27/2026 | $1,000.00 | 55163300393 |
| 05/14/2026 | $1,000.00 | 55274131087 | 05/14/2026 | $500.00 | 55274131094 | 06/16/2026 | $1,000.00 | 55299364006 |
| 06/16/2026 | $500.00 | 55299364013 | 07/27/2026 | $1,000.00 | 55274135845 | 07/27/2026 | $500.00 | 55274135852 |

**Total Receipts for the Period: $15,585.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $35,881.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL D SAYLES ESQ | Attorney Fees | $5,500.00 | $5,500.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $1,474.80 | $0.00 | $1,474.80 |
| 5 | TD BANK USA NA<br>»» 005 | Unsecured Creditors | $2,951.19 | $0.00 | $2,951.19 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $12,952.59 | $0.00 | $12,952.59 |
| 7 | PHILADELPHIA FEDERAL CREDIT UNION<br>»» 007 | Unsecured Creditors | $14,983.52 | $0.00 | $14,983.52 |
| 8 | PNC BANK<br>»» 008 | Unsecured Creditors | $1,447.73 | $0.00 | $1,447.73 |
| 9 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $1,046.57 | $0.00 | $1,046.57 |
| 10 | RUSHMORE SERVICING<br>»» 010 | Secured Creditors | $29,143.55 | $25,447.03 | $3,696.52 |

**Chapter 13 Case No. 23-10031-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $535.71 | $0.00 | $535.71 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | UNITED STATES TREASURY (IRS)<br>»» 13P | Priority Crediors | $28.28 | $28.28 | $0.00 |
| 14 | UNITED STATES TREASURY (IRS)<br>»» 13U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | PSECU<br>»» 015 | Secured Creditors | $256.32 | $256.32 | $0.00 |
| 17 | US BANK NATIONAL NA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CAINE & WEINER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | DISCOVER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | JEFFERSON CAPITAL SYSTEM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | JP MORGAN CHASE BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | PNC BANK CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL D SAYLES ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | MICHAEL D SAYLES ESQ<br>»» 12/3/25 - EMtoCD re NEED SFA<br>1/12/26 - 2nd EMtoCD cc: SFW | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,881.00 | Current Monthly Payment: | $1,705.00 |
| Paid to Claims: | $32,931.63 | Arrearages: | $2,550.00 |
| Paid to Trustee: | $2,949.37 | Total Plan Base: | $67,416.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.